8⏳ B 250B (Rev. 12/09)

# UNITED STATES BANKRUPTCY COURT

EASTERN _____ DISTRICT OF _____ MISSOURI

**In re**

Timothy M Netscher and Tessa M Netscher

**Debtor**(s).

Bankruptcy Case No.

13-47817-399

**Chapter 13**

Timothy M Netscher and Tessa M Netscher

v.

**Plaintiff**(s).

Beneficial Mortgage Company of Missouri, Inc.

**Defendant**(s).

Adversary Proceeding No.

**14-4092-399**

All documents regarding this matter **must** be identified by **both** Adversary and Bankruptcy Case numbers

## SUMMONS AND NOTICE OF TRIAL
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

> Address of Clerk
> U.S. Bankruptcy Court, Eastern District of Missouri
> 111 South Tenth Street, Fourth Floor
> St. Louis, MO 63102

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

> Name and Address of Plaintiff's Attorney
> Sean C. Paul / The Law Offices of Sean C. Paul, P.C.
> 8917 Gravois Road, 2nd Floor
> St. Louis, MO 63123

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

YOU ARE NOTIFIED that a trial of the proceeding commenced by the filing of the complaint will be held at the following time and place.

| Address | Courtroom |
|---|---|
| United States Bankruptcy Court | 5 North |
| Thomas F. Eagleton Courthouse | Date and Time |
| 111 S. Tenth Street | July 9, 2014 |
| St. Louis, MO 63102 | 2:00 p.m. |

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

Dana C. McWay

_____
*Clerk of the Bankruptcy Court*

May 13, 2014
*Date*

By: _____
Wynne Marie Abernathy
*Deputy Clerk*

## CERTIFICATE OF SERVICE

I, _Sean C Paul_____, certify that service of this summons

(name)

and a copy of the complaint was made _May 15 2014_ by:

(date)

☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

CT Corporation System, Registered Agent
120 South Central Ave
Clayton MO 63105

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail
addressed to the following officer of the defendant at:

☐ State Law: The defendant was served pursuant to the laws of the State of _____,
as follows: [Describe briefly]

(name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further
certify that I am, and at all times during the service of process was, not less than 18 years of age and not
a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_5/15/14   5/16/14_                              _____

Date                                            Signature

| Print Name | | |
| --- | --- | --- |
| Sean C Paul | | |
| Business Address | | |
| 8917 Gravois Rd | | |
| City | State | Zip |
| St Louis | Mo | 63123 |